Certificate Number: 03088-ARE-CC-036714460



03088-ARE-CC-036714460

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 27, 2022, at 12:49 o'clock PM CDT, Kimberly D Mraz received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  July 27, 2022

By:  /s/Tania Roman

Name:  Tania Roman

Title:  Counselor I

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).