IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: KIMBERLY MRAZ           CASE NO.: 22-12021
DEBTOR           CHAPTER 7

**CERTIFICATE OF SERVICE PURSUANT TO RULE 1009(a)**

The undersigned hereby certifies that a true and correct copy of the amended schedules E & F filed on August 25, 2022 at Docket No. 6 has been served by CM/ECF to the Chapter 7 Panel Trustee for this matter and the local United States Trustee; and served by regular U.S. Mail postage prepaid to the following on August 25, 2022:

Cousin James Property Management
1207 Eldorado Ave.
Dallas, TX 75208

James Roberts
13111 N. US 75
Central Expwy 1000 – Ste 200
Dallas, TX 75243

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
Skelton and Stevens Legal Group PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: (501)481-8923